UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-63017

ERIC WATKINS
    Plaintiff

V

ELIAS PINO et.al.
    Defendant

FILED BY CLA D.C.
AUG 02 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## Motion to Compel

Comes now Plaintiff, Eric Watkins, files this Motion to Compel, Elias Pino, to answer interrogatory No 10 and 11 Plaintiff's first set of interrogatories dated June 5 2017. In support Plaintiff offers the following

The defendant has refused to answer the following:

(1) 10. Have any pretrial detainee or inmate ever filed a complaint against you with the internal affairs

1 of 4 pp

and for what reason? If yes I would like a copy of the complaint(s), the investigation and the outcome of these complaints.

Answer:
yes

Argument: The defendant has failed to indicate for what reason the complaint was made and he has not given plaintiff a copy of the complaints, investigation and outcome of the complaints.

11. Are you a homosexual, bisexual or gay?
Answer:"
"Objection: Relevance. This interrogatory lacks information necessary to prove Plaintiff's claim and any response will not reasonably lead to admissible evidence. Defendant's sexuality or sexual preference is not a determining factor or element in any of Plaintiff's alleged claims."

This interrogatory is relevant because Plaintiff is claiming that part of the reason he was beaten by the defendants is because of the antigay song he

2 of 4 pp

was singing prior to reaching the main Jail and while at while at the sally port prior to the defendants escorting Plaintiff into the Jail. see Doc 56 p5:12-14 & PP 6-8

That at the end of the beaten one of the defendants pulled down Plaintiff's pants exposing his butt for a while while the others watched. Doc 56 p 8:22

Without any reason and in violation of law Galindez ordered Plaintiff to change his clothes infront of all the defendants and conducted a strip search of plaintiff. Plaintiff believe it was done for the officers self gratification. Doc. 56 p 10:30

Plaintiff strongly believes and intends to fight his case, in part, on the grounds that he was beaten by the defendants because of his boldness in singing the antigay song in the main Jail at sally port area and in the presence of the arresting homosexual officer prior to being escorted to the main Jail.

3 of 4 PP

The defendant's attorney was not able to confer with plaintiff today on this issue and Plaintiff had to mail this motion, supra, off today. Yesterday the defendant did indicate he would be objecting to my motion to compel answer to interrogatory No. 11.

## Conclusion

For the reasons stated, supra, Plaintiff ask this Court to grant him this motion to Compel.

Respectfully submitted this 27 day of July 2017

Eric Watkins
10814 NW 40th Street
Sunrise, Florida 33351

## Certificate of service

I hereby certify that a true and correct copy of the foregoing has been served, via email and U.S. Postal service, upon Attorney Seth D. Haimovitch at one W. Las Olas Blvd, suite 500, Ft Lauderdale, Florida 33301 on July 27, 2017.

Eric Watkins              4 of 4 pp.



Eric Watters
8144 NW 40th Street
Sunrise, Florida 33351

United States District Court
Southern District of Florida
Office of the Clerk Room 108
299 East Broward Blvd
Ft. Lauderdale, Florida 33301